LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, APC
Ronald Richards, Esq. SBN 1767246
P.O. BOX 11480
BEVERLY HILLS, CA 90213
Telephone: 310-556-1001
Facsimile: 310-277-3325
Email: ron@ronaldrichards.com

Law Office of Leighton K Lee
222 Merchant Street, Suite 201
Honolulu, Hawai`i 96813
T-808.531.3244
F-855.645.1286
(Local counsel)

Attorneys for Norman Akau, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Norman Akau, III<br><br>Defendant. | CR. NO. 1:19-cr-00099-DKW-9<br><br>NOTICE OF ERRATA RE: DEFENDANT NORMAN AKAU'S MOTION FOR A BOND AND REVOCATION OF HIS DETENTION ORDER |

Please take notice that on pages 2, 3, & 6 of the motion, (Doc#231), the words "father-in-law" should be corrected and replaced with the word, "father". This was an errata.

0

DATED: May 24, 2021

                    LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, APC

                    By: /s Ronald Richards, Esq.

                    Attorney for Defendant