# EXHIBIT A

TO YOUR HONORABLE CHIEF JUDGE DERRICK K. WATSON

My name is Norman Lani Akau III and I'm writing this letter to you your honor with great remorse and shame for all the harm and damage my action's have caused the community, my family, and the victim's directly and indirectly.
 There is no excuse for my action's in breaking the law and I accept full responsibility for my conduct. I've had four and a half years to really think and reflect on my wrongful action's and how it has hurt the victim's, and my family who has supported and depended on me especially how it has affected the relationship's with my family, my business, my worker's , their family's, my union, and my union member's.

This time away from my family and society has made me realize the value of freedom and the responsibility I have to myself, my wife (Pi'ilani), and my kid's (H▮▮▮ & H▮▮▮) to live a clean and sober life, never taking life or my freedom for granted again while respecting the right's and liberties of other's and obeying the law's of Hawaii and the United States of America.

Your Honor, I've learned from my mistake's and today I no longer think or act impulsively like I did back in 2016 when I committed the crimes that got me here in federal prison. at that time in my life I was the only financial provider for my family and I would get into arguments over money with my wife. Our union as well as the writers union and the actors union was under a strike and work was slow so money was very tight. My wife was busy at home taking care of the house and caring for my two children. The stress I was under to provide for my family and to pay bills was overwhelming and I eventually turned to cocaine to ease some of the stress I was under. I've made a lot of bad decision's at that time in my life and cocaine was definitely one of them. It eventually got so out of control that I was spending money that was needed for bills and family expense's to pay for my drug addiction. It eventually all caught up to me to where I had no way to pay the bills and support my family or addiction.

I am not going to make any excuse's your Honor as I'm sure you've heard it all!
So your Honor I take full accountability for my action's. "I knew what I was doing was wrong" and "I also knew the risk I was taking" that it could send me to prison, but I allowed greed to compromise my better judgement.

Your Honor I'm not a bad man or a person of bad character, I'm a person who was raised right and have good moral's, I just made some wrong and bad decsisons in my life. I've learned that "there is no short-cut's in life!" I realize that today watching from behind these wall's my family going through their struggle's all because I messed thing's up for not just me, but my family too! "That really hit me deep down in my core!"
Nothing matter's more to me today than being there for my family, staying out of trouble, and continuing to live a life of sobriety.

While here in FDC Honolulu I decided to make the necessary step's to change. I'm taking full advantage of the program's that are available to me because I needed to find a way to correct my behavior and thinking so I can be a better man for myself, my wife, and my daughter's and my father. I've completed the following program's: N-RDAP (Non residential drug assessment program), Parenting for incarcerated inmate's, and I am currently on the waiting list for anger

management classes. (my lawyer will submit all program's I have completed). I'm also attending weekly AA meeting's and have assisted in teaching Hawaiian language classes in and out of school. I'm taking the tool's that I've learned from these program's and applying them in my life. Today my relationship with my wife and kids have never been better.

I am a union member with I.A.T.S.E (International alliance of theatrical stage employee's) local 665. Where I have been a member in good standing for over ten year's. I also have been an executive board member for three consecutive term's up until being incarcerated. I have overseen two different department's rigging grip's (as a best boy)
and the ac department (HVac). I own a hvac (ac) company called AIU Air. We're we generally provide ac's services to the film industry keeping the actor's and the set's cool.  We also focus on restorative/emergency ac services providing ac's to businesses that are having problem's with their ac unit's. Businesses who need cold air in order to keep their client's comfortable.
Such businesses like Sprint Hawaii, Shell gas station, and I have even done volunteer work for a year at a church in Alewa height's so they could run their Sunday service.
Providing a 25 ton ac unit, a 70 kw tow-plant generator, and two worker's (free of charge). For three years I have donated pallets of bicycles to Kaui Kauhi's Waimanalo community thanksgiving festival for the homeless kids.

(Your Honor, I do not mention these charitable things I've done for the accolades but to merely point out that after my horrible mistakes I made in 2016, I knew I had to be better and do better for myself and the community and have done so for 4 years up until my arrest).

I plan on returning to my local union upon my release from federal prison for my employment while also taking what ever program's you may deem necessary. I will continue to attemd aa/na meeting's. I also have a job opportunity to move to Georgia and work in the movie rental business with prominent businessman Jerry Sandager.
I will not waste anymore valuable time I have left on this earth doing things that are wrong such as drug's or breaking the law. I'm 52 years old and have no time to waste I'm taking life serious I want leave something behind for my kids.
When I'm released I'll live my life as a productive member to society taking care of my wife, kid's and my father who medically need's my help as he has already lost most of his hearing and is aging fast. There is no one to help my wife care for him.the kids or to pay the bills. I will also be flourishing Hawaii's film industry by helping to inspire local Hawaii people who have dream's of entering the film industry and turning it into a reality.

This is a personal kuleana that I take on to give back to the community helping local Hawaii children with the opportunity of working in the Hawaii film industry.
By holding workshop's focusing in on what I do in the movies (rigging grip work and ac's). I'm sure some of the kids will be inspired by this work shop and will want to enter this industry like how my daughter Hi'iaka is after coming to work with me and having had actual hands on experience with the tool's and equipment, rigging and de-rigging machine's we use for filming.

Your Honor, I thank you for your time in reading this letter and I'm adamant about what I say, "This experience has changed my life for the better".! am confident and ready to return to my

family and reintegrate back into the community and I humbly ask you for a chance and for leniency in my sentencing.

Mahala pumehana me ka 'o'ia 'i'o
Normal Lani Akau III

# Piilani Akau

March 6, 2025

Piilani Akau
█████████
Kaneohe, Hi ███

Dear Chief Judge Derrick Watson:

    Aloha, My name is Piilani Akau and I am Norman Akau III"s wife and mother of our 2 children H████ and H████████. I currently work as a frontline health care worker as a night shift Charge Registered Respiratory Therapist at the Queens Medical Center Level 1 trauma center located at Punchbowl in Honolulu, HI. I've known and been in a relationship with Norman Akau for over 18 years and we've been married for almost 7. I am also currently the guardian of my nephew ████████████ who I acquired custody of shortly after Norman's incarceration. Unfortunately, without my husband I'm a single parent who carries the responsibility of 3 children on my own.

    Norman and I first met years ago shortly after I was taking a break from school working 3 different jobs. I wasn't immediately attracted to him until we started to have conversation on culture and life. At this time in my life, I wasn't taking life seriously until he showed the love and affection that I hadn't seen from most people I previously met. My husband really wanted to have a family and after seeing how good of a heart he has, and how dedicated he was to family, I decided to settle down and have kids with him. When I first had my daughter, we moved to the Big Island to live with my family and raise her because my grandmother was sick. My husband never hesitated for one second to help because he knew how close we were and how important it was to be there for her. While taking care of my grandmother they also became close, but unfortunately a year later she passed away.

We tried a few more years after my grandmother passed to stay on Hawaii Island, but It was almost impossible for us to make a living. However, while living on the Big Island my husband really took to being a father and became great at it. He would take my daughter everywhere with him and had the chance to really spend time with her for the first 3 years. During those years, when he was out of work and focused on raising her, he came across a job opportunity to work on set with the union local 665. However, the work was short lived and most of the filming was in Honolulu and with my second daughter on the way we decided to move back. Moving gave him the ability to have a more stable work schedule, while I focused on raising our kids. With Normans good work ethic, ability to work well with others and create good relationships with people, he soon worked his way up to becoming an Executive Board Member at the Union Local 665. He took this opportunity to help people become members and actively work to take care of their families. Also, while in this position, he started his own business and donated his time and equipment to help people with their events and church every Sunday without receiving financial reimbursement. He took good care of his workers by making sure they had consistent work and went above and beyond by funding their work breakfasts, lunches and events. More importantly, while doing all of this, he made sure to take care of his family financially, physically and emotionally, with dropping and picking the kids up from school, after school activities, helping with homework, housework and family time on the weekends and breaks.

With my husband being incarcerated I am a single mother with minimal help. Ive struggled over the years with playing the role of both parents to our 2 daughters and nephew and it hasn't been easy. Even though I was able to provide a stable home life, Ive struggled throughout the years. Especially with the recent passing of my mother who was the only support that I had with her often times watching the kids. My daughters struggle everyday with depression and being withdrawn with their Dad being gone. He was absent from vitally important times in their lives they can never get back. As his wife I would like chance to share the raising of our kids and for him to help guide them into being smart, caring and loving adults. I think about our life together and how I deeply cherish and miss having him by my side, not only with the comfort of his presence, but the unwavering support, the shared laughter, who understands my hopes, fears, who is my rock and truly understands me and is my person. Over the years that he has been incarcerated, I've seen so much growth and so many positive changes in him and in his outlook on life. I believe that him being away from his family along with the programs he's attended have reformed and taught him what Ohana truly means and how important we are. Although, I do respect any decision made by the court, I strongly believe that my husband deserves leniency and the opportunity to be reunited with his family. I say this because I know that my husband has a great heart, is a good father and person of GOD who goes above and beyond for people that need help.

Sincerely,

Piilani Akau

Piilani Akau 45-601 Halekou pl kaneohe hi,96744 (808)218-2518 piilaninaluhoe@yahoo.com

March 6, 2025

Dear Chief Judge Derrick Watson:

Hello, my name is H▇▇ A▇▇ I am the youngest daughter of Norman Akau III. Thank you for taking the time to read this letter. Ever since I was a little girl, my dad has been the one person I could always count on. He's made mistakes, I know that. I'm not trying to excuse them. But I also know that people can change, and deep in my heart, I believe my dad has changed. I believe he deserves a second chance not just for himself, but for the people who still need him.

It's been almost five years without him, and it's been the hardest time of my life. When he was taken away, I was only 11 years old. At that age, I didn't fully understand what was happening—I just knew the person who made me feel safe, loved, and understood was suddenly gone. I started to fall apart. I acted out, my grades dropped, and I stopped caring about things I used to enjoy. I still struggle to focus in school. And I've battled anxiety since I was 7 years old—but when my dad was around, he always knew how to help me through it. Just being near him made it easier to breathe.

I remember all the good times we shared playing video games together, and go go karting together. It's not just that I miss him, I feel like I've had to grow up without a part of my heart. My dad made me feel safe and included me in our family, and without him, these last few years have been really hard. On my birthdays, it never really felt like there was anything to celebrate. Even though we talk when we can, it's not the same as having him physically here for those important moments, school events, life struggles, or even just needing someone to talk to after a long day.

With knowing all of this, I hope that you have leniency with making your decision and whatever it is I do respect it. However, If my dad is released, I truly believe our family will finally find peace again. I'm not saying he's perfect, no one is and I know what he did was serious. But he's not the same person he was back then. He's had time to reflect, and I believe he's grown. I believe everyone deserves a chance to show they've changed, especially when they still have people who love and believe in them. I humbly ask you from the deepest part of my heart to see my dad the way I see him. Not just for what he did, but for the father he still wants to be. For the family who still loves him. For the daughter who misses him every single day.

Sincerely,

H▇▇ A▇▇



March 6, 2025

Dear Chief Judge Derrick Watson:

I am writing to you as the eldest daughter of Norman Akau III. The past few years have been a roller coaster of emotions for our family. I experienced deep depression during the early stages of his incarceration and had to figure out how to navigate the "tough years" of life without my father at home. Despite everything that happened, I learned how to forgive. I forgave him for his past actions that led to his current situation and the hurt that it caused our family.

I am aware of the things he has done, but at the end of the day, my father is a good man. He may appear rough on the outside, but there is so much more to him beneath that façade. He has been the protector and backbone of our family for my eighteen years. I have never questioned his love for me; he has always been there for me, no matter the circumstances. He has taught me many valuable life lessons that I will carry with me throughout my life.

I understand that his actions put him in his current predicament, but as his oldest daughter, who sees her family struggling every day, I am asking you to have mercy on him when making your decision. I believe my father can change if given another chance. He has missed many important milestones in my life, such as my prom, first date, upcoming graduation, and other experiences that shape my transition into adulthood.

I cannot bear the thought of him missing any more significant moments. If the decision you make allows him to have "time served," he might be able to attend my high school graduation, just as he attended my preschool, elementary, and middle school graduations. My

younger sister has many important events coming up, and while he couldn't be there for me, I hope your decision will allow her to create those memories with our father by her side. I understand that this decision is not easy and that you must consider the facts, but if you could show him some grace, it would be a choice you would not regret.

Sincerely,

H A



March 1, 2025

Dear Chief Judge Watson,

My name is Norman Akau Jr. and I am writing to you regarding my only son, Norman Akau III.

Your Honor, as of April 2, 2025, my son will have been incarcerated for 57 months. Although I have been helping to take care of his family, I know this time has been difficult for his wife, Piilani and his teenage daughters, H▇ age 15 and H▇ age 17. The girls have missed their father dearly during the last 4½ years and I have seen how distant they have become. I know that he deeply regrets his absence from their daily lives as well as the damage to our family name.

Back in 2018 my son and I had a Heart-to-Heart discussion regarding the importance of being a good father, contributing to society and leading by example. Soon afterwards I saw his change of character. He embraced his role as head of his household and he soon became an Executive Board Member of the IATSE – Local Union 665. Our family was happy, united, and proud of Norman's upward trajectory.

Norman III was dedicated to his family and our bond was stronger than ever when my son was picked up by the FBI on July 20, 2020 for a crime committed between 2016 and 2017. I was shocked that he had been implicated during the Mike Miske racketeering trial.

Your Honor, I know that my son has made some mistakes however I believe that he is a changed man. He continues to express deep remorse for any behavior that has resulted in this time away from family. Norman III will be returning home to live in the house we share once he has been released. Please know that I will always be close by, observant and as a consultant, helping him as he navigates through the many life choices and opportunities that await him.

Thank you in advance for your time and consideration regarding my son.

Sincerely,

*[signature]*

Norman Akau Jr.

Dixon B. Enos

████████████████

Captain Cook, HI 96704

████████████

March 6, 2025

Dear Chief Judge Derrick Watson:

I am nearly 83 years-old. I was principal of the Hale' Ho'oponopono school for troubled youth in Honaunau, Big Island. It was the first outreach school for Native Hawaiian children and I often got to work with children sent to the school by Judge Kimura. I have also been a lifeguard, Lomi Lomi massage therapist, carpenter and landscaper and am currently retired. I am recently widowed and have three grown children. I still work my land and maintain my home and property. My daughter is married to Norman Akau and I have known him since 2004.

I got to know my son-in-law quite well when he stayed with me for several months and then lived on one of my properties with my daughter, Pi'ilani. I found him to be a caring, very kind and generous person, always happy to help me and my wife in any way he could. He was always very respectful and hard working and when he became a father, was very loving and devoted to his family. He would often take his children out with him to movies, restaurants and other fun activities and really enjoyed being a good father. He liked to bring his extended family together and would invite everyone to dinner, his treat. He showed great concern for the welfare of his friends and all his family and was always willing to reach out and lend a hand when needed. I feel he is basically a very good person and do not think should be sentenced to prison. I would ask that you please grant him leniency.

Sincerely,

*[signature]*

Dixon B. Enos



# Local 665
## HAWAII'S TECHNICIANS
for
## FILM, TELEVISION, STAGE AND PROJECTION
Since 1937

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS
OF THE UNITED STATES, ITS TERRITORIES AND CANADA, AFL-CIO, CLC

October 25th, 2024
The Honorable Chief Judge Derrick Watson
United States District Court

Dear Chief Judge Watson,

    My name is Tuia'ana Scanlan. I'm the president of the International Alliance of Theatrical Stage Employees (IATSE) Local 665 in Hawai'i. I went to Chapman University for Theater and my on campus job was working backstage. I moved home and started working on concerts, touring Broadway productions, and tradeshows at the Hawai'i Convention Center. From there, I got an opportunity to work on Film and Television projects like Hawaii Five-O, Magnum P.I., and Godzilla vs King Kong. I've been a member of this union for 17 years and in leadership in some form or another of this Local since 2012. Over this time, I had the opportunity to work alongside Brother Norman Akau for many of these projects. As a result of working with him, I've grown to know him as a diligent asset to any job that he's been hired on and as the caring family man that he is.

    The Film and TV industry is portrayed as luxurious and glamorous. The reality is that behind the facade, it is labor intensive, blue collar work that fuels the most well known US export. While some of these projects have unimaginable budgets, their timelines are relatively similar and tasks of minor importance become major issues if not addressed efficiently. Brother Akau was and is a stalwart co-worker whose dedication to his craft is unparalleled. I've watched him grow as a technician and as a human being since I met him in 2008 while on the set of "The Descendants". I know him to be a good man who would go out of his way to ensure that our local workers would succeed together.

    Our work days would often be 12-16 hours for sometimes 6 or 7 days in a row. Because of this, we would often speak of home and of family. What may come across as a gruff exterior melts away when he's with his family. Brother Akau is a loving father who dotes on his daughters, Hi'iaka and Haumea. It's a sight to behold. I would trust him to care for my children, if the need arose. I hope you can find it in your heart to grant leniency to Brother Akau. He has an easy laugh, is quick to generosity, and was one of the groomsmen in my wedding. He is still a dear friend and I hope our families can see each other soon.

Sincerely,

*(signature)*

Tuia'ana Scanlan, President, IATSE 665 (he/him)

501 SUMNER STREET, #605 • HONOLULU, HAWAII 96817 • 808-596-0227 • FAX 808-591-8213

Jerry Sandager
Tyrone, GA 30214
jerry@krstudiorental.com

March 20, 2025

Chief Judge Derrick Watson
**United States District Court**

Re:   <u>A Friend and a Supporter of Norman Akau</u>

**Dear Chief Judge Derrick Watson:**

My name is Jerry Sandager and I am a Rigging Key Grip / Film Technician in the Motion Picture Industry. I've had the pleasure of being a part of this community for over 35 years. I have worked on lots of wonderful productions on the Islands, most recently the live action Moana.

I met Norman Akau in Hilo, Hawaii this summer of 2007. We met on a movie set (Indiana Jones and the Kingdom of the Crystal Skull) where I quickly realized how valuable he was as a smart, reliable and a hard-working person. He stayed on my crew until the end of that project. Over the next 12 years, I referred him to anyone going to Hawaii for film production, knowing Norman would always make their project easier.

Personally, I went back for more times to the island and helped Norman start a temporary air-conditioning business for the movie business industry, which he quickly grew on his own. During these years, our families took vacations together. He has always been a good friend that I can trust with anyone or anything.

Norman is a smart, strong, loyal person who has always helped people get into the growing film industry in Hawaii. Norman and I always talked about the potential of him coming to the Mainland and helping me expand my business and participate in future projects. I'm hopeful, that will be in the near future.

Thank you for your consideration and I hope you can get a good understanding that Norman has wonderful and positive personal traits, as well as a deep sense of loyalty.

Respectfully,

*Jerry Sandager*

Mano Ho'okano

4/4/2025

Dear Judge Derrick Watson,

My name is Mano and I have known Norman Akau for many many years. We've worked together on a number of movie and tv shows. With my construction and carpentry experience, I transitioned into the film industry about a decade ago. I strive to create the best life for my family, and Norman immediately recognized my work ethic, treating me like family and including me in his job opportunities. These opportunities allowed me to grow as a grip in my career. My life and work are centered around family. Being from Hawaii, and participating in this extraordinary business industry established by Norman, has positively impacted my life for the past seven years.

To me, Norman is like family, and I am honored to call him my uncle, out of respect of our close bond. He is a stern loving man who always prioritize his family. He has taken great care of those who have been brought into his life. Norman's marriage and the way he loves his family is something we could all say is one of a kind. I am thankful for all the time I have shared with Norman. Despite our differences, we overcome them through love. I respect him for his accomplishments and the life lessons he's taught me.

It is unfortunate his skills and work ethic are underutilized. I feel that a human being that has many positive influences such as Norman should get leniency in the matters that he's facing.

Respectfully Norman's Friend,

Mano

4/11/25

Dear Judge Derrick Watson,

My name is Davis Gonzales and I have been a Grip/Teamster driver since I got out of the Marines. I met Norman Akau in June 2007 in Hilo, Hawaii. We were working on an Indiana Jones movie. We quickly hit it off working side-by-side on the whole project. Mr. Akau was the first to jump on a project and was very helpful even when he was very busy. He always had time for my questions and allowed me to become comfortable with the other Islanders.

Years later, I went back to Kaui, and worked on Pirates of the Caribbean 4 with Norman and he was exactly the same hard-working person I remembered from before. He was good at saying busy, and working hard, even during the long hours that the movie industry requires. And he always had a positive attitude about it.

We stayed in contact over the years and I'm saddened to hear of his legal troubles. He is a smart, loyal, strong person. I am proud to say he's a good person who will help anybody with anything. And if there's anything I can do to help him I will.

Sincerely,

David Gonzales