# EXHIBIT B



## Certificate of Participation

This certificate is presented to

### Norman Akau III

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### United States Geography Parts 1-3

Sheryl-lynn Camello
Adult Continuing Education Coordinator

March 2, 2021
Date



## Certificate of Participation

This certificate is presented to

### Norman Akau

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### Algebra Parts 1 - 3

Sheryl-lynn Camello
Adult Continuing Education Coordinator

May 10, 2021

Date



## Certificate of Participation

This certificate is presented to

### Norman Akau

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### Brain Benders Parts 1-3

_____

Sheryl-lynn Camello
Adult Continuing Education Coordinator

May 10, 2021

Date



**Certificate of Participation**

This certificate is presented to

**Norman Akau**

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

**Skill Builders Math Parts 1-3**

_____

Sheryl-lynn Camello
Adult Continuing Education Coordinator

May 10, 2021

Date



## Certificate of Participation

This certificate is presented to

### Norman Akau

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### Spelling Skills Parts 1 - 3

_____

Sheryl-lynn Camello
Adult Continuing Education Coordinator

May 10, 2021

Date



## Certificate of Participation

This certificate is presented to

## Norman Akau III

for participation in the
Adult Continuing Education Independent Learning Packet Program
and completion of the following packet:

## Grammar Skills Parts 1 - 3

_____

Sheryl-lynn Camello
Adult Continuing Education Coordinator

July 7, 2021

Date



**Certificate of Participation**

This certificate is presented to

**Norman Akau III**

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

**Investment & The Stock Market Parts 1 - 3**

Sheryl-lynn Camello

Adult Continuing Education Coordinator

July 7, 2021

Date



## Certificate of Participation

This certificate is presented to

### Norman Akau III

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### Reading Detective Parts 1 - 3

_____
Sheryl-lynn Camello
Adult Continuing Education Coordinator

August 2, 2021

Date



## Certificate of Participation

This certificate is presented to

### Norman Akau III

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### Presidents of the United States Parts 1 - 3

_____

Sheryl-lynn Camello
Adult Continuing Education Coordinator

October 18, 2021

Date



## Certificate of Participation

This certificate is presented to

### Norman Akau

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### Sports Crosswords Parts 1 - 3

Sheryl-lynn Camello
Adult Continuing Education Coordinator

October 18, 2021

Date



## Certificate of Participation

This certificate is presented to

### Norman Akau

for participation in the

Adult Continuing Education Independent Learning Packet Program

and completion of the following packet:

### Sudoku Parts 1 - 3

Sheryl-lynn Camello
Adult Continuing Education Coordinator

November 16, 2021

Date

# CERTIFICATE OF COMPLETION

*In honor of your outstanding performance*
*We hereby present*

# Norman Akau III

*with this certificate of Achievement*

# Planet Earth Video Series 1

*Adult Continuing Education Program*

*On this 25th day of October 2021*

*Sheryl-lynn Camello*
*ACE Coordinator*

```
REGISTER NO: 12254-122        NAME..: AKAU                    FUNC: PRT
FORMAT.....: TRANSCRIPT        RSP OF: HON-HONOLULU FDC
```

```
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
HON  ESL HAS    ENGLISH PROFICIENT           09-21-2021 0717 CURRENT
HON  GED HAS    COMPLETED GED OR HS DIPLOMA   09-21-2021 0717 CURRENT
```

```
-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
HON M       ART-LEISURE                 01-03-2024 CURRENT
HON M       BEADING-LEISURE             01-04-2024 CURRENT
HON M       BOB ROSS PAINTING           01-03-2024 CURRENT
HON M       CARDMAKING-LEISURE          01-03-2024 CURRENT
HON M       CIRCUIT-WELLNESS EXCERCISE  01-01-2024 CURRENT
HON M       COLORING-LEISURE            01-04-2024 CURRENT
HON M       FITNESS-WELLNESS EXCERCISE  01-01-2024 CURRENT
HON M       HIGH INTENSITY INTERV. TRAIN. 01-01-2024 CURRENT
HON M       CARD STAMPING               01-02-2024 CURRENT
HON M       STRETCHING - WELLNESS       01-01-2024 CURRENT
HON M       CLIMATE CHANGE ACE PACKET   04-01-2024 04-08-2024  P  C  P   10
HON M       BOOK VS MOVIE 3             03-01-2024 03-20-2024  P  C  P   10
HON M       QUILLING-LEISURE            10-04-2023 12-20-2023  P  C  P    3
HON M       ORIGAMI-LEISURE             10-01-2023 12-17-2023  P  C  P    3
HON M       DRAW-LEISURE                10-02-2023 12-18-2023  P  C  P    3
HON M       COLORING-LEISURE            10-05-2023 12-14-2023  P  C  P    3
HON M       BEADING-LEISURE             10-10-2023 12-19-2023  P  C  P    3
HON M       CROCHET PROGRAM-LEISURE     10-28-2023 12-16-2023  P  C  P    3
HON M       UKULELE-LEISURE             10-07-2023 12-27-2023  P  C  P    5
HON M       BEACH BODY                  10-07-2023 12-27-2023  P  C  P    5
HON M       AEROBICS-WELLNESS EXCERCISE 10-07-2023 12-27-2023  P  C  P    5
HON M       CORE STRENTHENING           10-07-2023 12-27-2023  P  C  P    5
HON M       CIRCUIT-WELLNESS EXCERCISE  10-07-2023 12-27-2023  P  C  P    5
HON M       BOB ROSS PAINTING           04-05-2023 06-21-2023  P  C  P   15
HON M       QUILLING-LEISURE            07-11-2023 09-26-2023  P  C  P    3
HON M       DIAMND DOT ART REC. LEISURE 07-02-2023 09-24-2023  P  C  P    3
HON M       CARD STAMPING               07-07-2023 09-22-2023  P  C  P    3
HON M       CARDMAKING-LEISURE          07-08-2023 09-23-2023  P  C  P   12
HON M       CREDIT SCORES               10-17-2023 11-30-2023  P  C  P    5
HON M       BOOK VS MOVIE LEVEL 2       10-05-2023 11-02-2023  P  C  P   10
HON M       YOGA-WELLNESS               04-05-2023 06-28-2023  P  C  P    5
HON M       UKULELE-LEISURE             04-05-2023 06-28-2023  P  C  P    5
HON M       BEACH BODY                  04-05-2023 06-28-2023  P  C  P    5
HON M       AEROBICS-WELLNESS EXCERCISE 04-05-2023 06-28-2023  P  C  P    5
HON M       EMAIL BASICS                07-05-2023 07-27-2023  P  C  P    5
HON M       QUILLING-LEISURE            10-06-2022 12-29-2022  P  C  P    3
HON M       DRAW-LEISURE                10-08-2022 12-30-2022  P  C  P    3
HON M       BEADING-LEISURE             10-09-2022 12-18-2022  P  C  P    3
HON M       COLORING-LEISURE            10-04-2022 12-27-2022  P  C  P    3
HON M       SUNCATCHER-LEISURE          04-07-2022 06-23-2022  P  C  P    3
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
HON                 INMATE DISCIPLINE DATA          04-28-2015
PAGE 002 OF 002 *            TRANSACTION              *    14:24:17

REGISTER NO: 12254-122      NAME..: AKAU            FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: HON-HONOLULU FDC

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
HON M      DIAMND DOT ART REC. LEISURE 03-16-2022 05-20-2022  P   C  P   3
HON M      CROSSWORDS OF THE PACIFIC   12-16-2021 01-15-2022  P   C  P   3
HON M      US GOVERNMENT PACKETS 1-3   11-19-2021 12-11-2021  P   C  P   3
HON M      PLANET EARTH 1-VIDEO CLASS  09-20-2021 10-25-2021  P   C  P   5
HON M      SUDOKU 1-3                  10-15-2021 11-16-2021  P   C  P   3
HON M      CIRCUIT-WELLNESS EXCERCISE  08-06-2021 11-10-2021  P   C  P   5
HON M      HAWAIIAN LANGUAGE LEVEL 1   09-14-2021 10-21-2021  P   C  P  10
HON M      PRESIDENTS OF THE US ACE    09-15-2021 10-18-2021  P   C  P   3
HON M      ACE SPORTS CROSSWORDS       08-06-2021 10-18-2021  P   C  P   3
HON M      ACE READING 1-3             07-15-2021 08-02-2021  P   C  P   3
HON M      GRAMMAR 1-9 LEARNING PACKET 05-10-2021 07-07-2021  P   C  P   3
HON M      INVESTMENT1-7 LEARNING PACKET 06-07-2021 07-07-2021 P  C  P   3
HON M      BRAINBENDER 1-8LEARNING PACKET 03-08-2021 04-12-2021 P C  P   3
HON M      SPELL1-7 LEARNING PACKET    12-03-2020 01-15-2021  P   C  P   3
HON M      SKILLBUILD MATH1-9 LEARN PACK 11-04-2020 12-03-2020 P  C  P   3
HON M      ALGEBRA 1-7 LEARNING PACKET 02-05-2021 03-08-2021  P   C  P   3
HON H/O M  US GEO 1-8 LEARNING PACKET  01-15-2021 02-05-2021  P   C  P   3

G0000      TRANSACTION SUCCESSFULLY COMPLETED
```