THE LAW OFFICE OF RAMIRO S. FLORES, PLLC
55 West Fanklin Street
Tucson, Arizona 85701
Tel: 520-884-5105
Fax: 520-884-5157

RAMIRO S. FLORES
Ariz. Bar No. 0019773
abogadoflores@msn.com
*Attorney for Norman L. Akau III*

In the United States District Court

For the District of Hawaii

| United States of America, | ) | Cr. No. 19-00099DKW-KJM-09 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| Norman L. Akau III, (09) | ) | |
| Defendant. | ) | |

    Notice is hereby given that Norman L. Akau III, defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence imposed in the above-captioned case on May 6, 2025.

    Dated May 14, 2025.

    */s/ Ramiro Salazar Flores*
    Ramiro Salazar Flores
    Attorney for Defendant
    Norman L. Akau III

Certificate of Service

I, Ramiro Salazar Flores, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Via E-Mail:

    Michael Nammar, Esq.
    Assistant United States Attorney
    Attorney for Plaintiff
    United States of America
    Michael.Nammar@usdoj.gov

Dated: May 14, 2025.

                        */s/ Ramiro Salazar Flores*
                        Ramiro Salazar Flores
                        Attorney for Defendant
                        Norman L. Akau